**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REVEREND ALBERTA TETZLAFF,　　　） | CASE NO.:  11-CV-00722-OWW-JLT |
| 　　　　　　Plaintiff,　　　　　　） | |
| 　　　vs.　　　　　　　　　　　　） | **ORDER ON STIPULATION OF COUNSEL TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 14 DAYS** |
| METROPOLITAN LIFE INSURANCE　） COMPANY and DOES 1 - 10, inclusive,　　　　　　　　　　　） | |
| 　　　　　　Defendants.　　　　　） | |
| ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　） | Complaint Filed:  April 6, 2011 |

Having reviewed the stipulation of the parties, and good cause appearing, Defendant Metropolitan Life Insurance Company ("MetLife") shall have an additional fourteen (14) days from the response date in which to answer or otherwise respond, such that a pleading filed on or before June 23, 2011 shall be deemed timely.

IT IS SO ORDERED.

Dated:   **June 10, 2011**　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE