FRANK N. DARRAS #128904, frank@darraslaw.com
LISSA A. MARTINEZ #206994, lmartinez@darraslaw.com
SUSAN B. GRABARSKY #203004, sgrabarsky@darraslaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121
Attorneys for Plaintiff
REVERAND ALBERTA TETZLAFF

Royal F. Oakes #080480, roakes@bargerwolen.com
Michael A.S. Newman #205299, mnewman@bargerwolen.com
James C. Castle #235551, jcastle@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA  90071
Phone: (213) 680-2800
Facsimile: (213) 614-7399
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVERAND ALBERTA TETZLAFF,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No: 1:11-CV-00722-AWI-JLT<br>**[TELEPHONIC APPEARANCE REQUESTED]**<br><br>**STIPULATION TO ADVANCE MANDATORY SCHEDULING CONFERENCE; AND (PROPOSED) ORDER**<br><br>**Current Hearing Date:October 27, 2011**<br>**Proposed Hearing Date:October 26, 2011**<br>**Time: 9:00 a.m.**<br>**Place: Bakersfield Federal Court**<br><br>**Date Action Filed:      March 8, 2011** |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff REVERAND ALBERTA TETZLAFF (hereinafter "Plaintiff" or "Reverand Tetzlaff") and Defendant METROPOLITAN LIFE INSURANCE COMPANY (hereinafter "Defendant" or "MetLife"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Scheduling Conference currently scheduled for October 27, 2011, in this matter be advanced one (1) day.  Counsel for Plaintiff is not available on that date due to a previously scheduled pre-paid mediation set in Northern California in another federal court case.  The parties are agreeable that this matter may be advanced one day to the mutually convenient date of October 26, 2011.

If the Court approves the parties' Stipulation and Request for Advance, the parties propose the following date (or a date thereafter as may be convenient to the Court):

- Scheduling Conference Date      <u>October 26, 2011; 9:00 a.m.</u>

Good cause exists to grant the parties' request for advance based on the following grounds:

1.     The above captioned action was filed in the Superior Court of the State of California, for the County of Bakersfield, on March 8, 2011 and served on April 6, 2011.  The case involves disputes regarding benefits under a disability policy.

2.     On May 5, 2011, Defendant removed this action to the United States District Court, Eastern District of California.

3.     In it's May 5, 2011, Order Setting Scheduling Conference the Court set the Mandatory Scheduling Conference date for October 27, 2011.

4.     On June 28, 2011, Defendant filed an answer to Plaintiff's complaint.

5.     In it's September 14, 2011, Order of Reassignment the Court

reassigned the case to Magistrate Judge Thurston due to the impending retirement of Judge Oliver Wanger and vacated all scheduled hearing dates.

6.      On September 15, 2011, counsel for Plaintiff filed a decline of jurisdiction of United Magistrate Judge.

7.      In it's September 16, 2011, Notice the Court reassigned this matter to the Honorable Andrew W. Ishii.

8.      In it's September 19, 2011, Order the Court reset the Mandatory Scheduling Conference for October 27, 2011, at 9:00 a.m.

9.      Counsel for Plaintiff is not available on October 27, 2011 due to a previously scheduled pre-paid mediation set in Northern California in another federal court case.  The parties are agreeable that this matter may be advanced one day to the mutually convenient date of October 26, 2011, at 9:00 a.m.

For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that the Court permit and enter an Order to advance the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Scheduling Conference currently set for October 27, 2011 one day to the date set forth herein.

Dated: October 7, 2011                    DARRASLAW


                                          */s/ Frank N. Darras*
                                          FRANK N. DARRAS
                                          LISSA A. MARTINEZ
                                          SUSAN B. GRABARSKY
                                          Attorneys for Plaintiff
                                          REVERAND ALBERTA TETZLAFF


Dated: October 7, 2011                    BARGER & WOLEN LLP


                                          */s/ Royal F. Oakes*
                                          *as authorized on 10/7/2011*
                                          ROYAL F. OAKES
                                          MICHAEL A.S. NEWMAN
                                          JAMES C. CASTLE
                                          Attorneys for Defendant
                                          METROPOLITAN LIFE
                                          INSURANCE COMPANY

## <u>ORDER</u>

IT IS SO ORDERED.  The Mandatory Scheduling Conference is being advanced from October 27, 2011, to October 26, 2011, at 9:00 a.m.


IT IS SO ORDERED.

Dated:   **October 7, 2011**                    **/s/ Jennifer L. Thurston**

UNITED STATES MAGISTRATE JUDGE